AMERICAN BRAKE SHOE & FOUNDRY CO. v. WESTERN IRON & STEEL CO.

(Circuit Court of Appeals, Seventh Circuit. January 22, 1907.)

No. 1,311.

Appeal from the Circuit Court of the United States for the Northern District of Illinois, Eastern Division.

For opinion below, see 143 Fed. 540.

Thomas F. Sheridan and Edmund Wetmore, for appellant.
William O. Belt, for appellee.

Before GROSSCUP, BAKER, and SEAMAN, Circuit Judges.

PER CURIAM. In this case the issues are the same as those considered in American Brake Shoe & Foundry Co. v. Railway Materials Co. et al (decided at this term) 152 Fed. 700.

The decree is accordingly affirmed.